IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGGIN' YOUR DOG, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE PETLAB CO. and AMPLIFY LTD,<br><br>    *Defendants*. | Case No. 1:21-cv-8667-JPC-RWL |

**REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a) AS TO
DEFENDANT AMPLIFY LTD**

Plaintiff Diggin' Your Dog, LLC, requests that the Clerk of Court enter Default against Defendant Amplify Ltd., pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: January 7, 2022

s/ Cameron S. Reuber
Cameron S. Reuber (CR 7001)
Peter S. Sloane (PS 7204)
Stefanie M. Garibyan (SL 6170)
LEASON ELLIS LLP
One Barker Avenue
White Plains, NY 10601
T.914.821.9077
F.914.288.0023
sloane@leasonellis.com
reuber@leasonellis.com
garibyan@leasonellis.com
lelitdocketing@leasonellis.com

Airina L. Rodrigues (AR 6551)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
arodrigues@bhfs.com

*Attorneys for Plaintiff Diggin' Your Dog, Inc.*

The motion is denied without prejudice for failure to comply with Local Rule 55.1.  The motion should be refiled as a request for the Clerk of Court to issue a Certificate of Default pursuant to Local Rule 55.1 and the instructions and model for such a filing on the Southern District's website.  Plaintiff is directed to consult Federal Rule of Civil Procedure 55, Local Rules 55.1 and 55.2, and the Court's Individual Rule 3(d) for the proper procedures in default judgment proceedings.

SO ORDERED.
Date: January 4, 2022
New York, New York

*(signature)*
JOHN P. CRONAN
United States District Judge

## **CERTIFICATE OF SERVICE**

It is hereby certified that on January 7, 2022, a true and correct copy of the following documents was served via ECF to all counsel of record:

(i) **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a) AS TO DEFENDANT AMPLIFY LTD;**

(ii) **DECLARATION OF CAMERON S. REUBER IN SUPPORT OF ENTRY OF DEFAULT;** and

(iii) **PROPOSED FORM FOR CLERK'S ENTRY OF DEFAULT**.

/s/ Cameron S. Reuber