IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGGIN' YOUR DOG, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>THE PETLAB CO. and AMPLIFY LTD,<br><br>   *Defendants*. | Case No. 1:21-cv-8667-JPC-RWL |

## DECLARATION OF CAMERON S. REUBER

I, Cameron S. Reuber, declare as follows:

1. I am a partner at Leason Ellis LLP ("Leason Ellis"), attorneys for Plaintiff Diggin' Your Dog, LLC ("Plaintiff").

2. I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge and review of documents in the case. I submit this declaration in support of Plaintiff Diggin' Your Dog LLC's Motion for Entry of Default.

3. On October 22, 2021, this civil action was filed against two defendants: (i) Amplify LTD and (ii) The Petlab Co. (collectively, "the Defendants"). *Dkt*. 1.

4. On October 28, 2021, Amplify LTD's registered agent was properly served with process, making its responsive pleading due on or before November 18, 2021. *Dkt*. 17.

5. On November 8, 2021, The Petlab Co.'s registered agent was properly served with process, making its responsive pleading due on or before November 29, 2021. *Dkt*. 18.

6. Neither Defendant is an infant, in the military, or an incompetent person.

7. On December 3, 2021, the Court granted The Petlab Co. until December 29, 2021 to answer or otherwise respond to the Complaint. *Dkt*. 21.

8. Neither Defendant answered or otherwise responded to the Complaint before December 29, 2021.

9. Further, as of the date of this Declaration, both Amplify LTD and The Petlab Co. have failed to plead or otherwise defend the action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2022.

                                                Cameron S. Reuber