UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIGGIN' YOUR DOG, LLC,

                    Plaintiff(s),

                - against -

THE PETLAB CO. and AMPLIFY LTD,

                    Defendant(s),
------------------------------------------------------------X

1:21- Civ. 8667 (JPC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 22, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Amplify Ltd by personally serving Jane Doe (refused to give her name), and proof of service was therefore filed on 11/22/2021, Doc. #(s) 17.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

        January 12, 20 22

                                                    RUBY J. KRAJICK
                                                    Clerk of Court

                                                    By: *[signature: David J. Thomas]*
                                                      Deputy Clerk