IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGGIN' YOUR DOG, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE PETLAB CO. and AMPLIFY LTD,<br><br>    *Defendants*. | Case No. 1:21-cv-8667-JPC-RWL |

## PROOF OF SERVICE

Plaintiff Diggin' Your Dog, LLC ("Plaintiff"), by and through its undersigned counsel, hereby certifies that on January 28. 2022, Marlene Sauer, Executive Director of Leason Ellis LLP, prepared and sent two Federal Express packages containing true and correct copies of 1) the Court's January 27, 2022 Order (*Dkt.* 33); 2) Plaintiff's Civil Complaint (*Dkt.* 1); and 3) Judge John P. Cronan's Individual Rules and Practices.  The packages were delivered to Defendants Petlab Co. and Amplify LTD on January 30, 2022.  True and correct copies of the Federal Express delivery confirmations are attached as Exhibit A.

Dated: February 4, 2022

s/ Cameron S. Reuber
Cameron S. Reuber (CR 7001)
Peter S. Sloane (PS 7204)
Stefanie M. Garibyan (SL 6170)
LEASON ELLIS LLP
One Barker Avenue
White Plains, NY 10601
T.914.821.9077
F.914.288.0023
sloane@leasonellis.com, reuber@leasonellis.com,
garibyan@leasonellis.com,
lelitdocketing@leasonellis.com

Airina L. Rodrigues (AR 6551)
Andrea LaFrance (admitted *pro hac vice*)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
arodrigues@bhfs.com, alafrance@bhfs.com,
pchesson@bhfs.com

*Attorneys for Plaintiff Diggin' Your Dog, Inc.*

# EXHIBIT A

FedEx

January 31, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775901851870

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.RATHMANNER | **Delivery Location:** | 16192 COASTAL HWY |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | LEWES, DE, 19958 |
| | | **Delivery date:** | Jan 31, 2022 11:05 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 775901851870 | **Ship Date:** | Jan 28, 2022 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
c/o Harvard Business Services, Inc., Amplify Ltd
16192 Coastal Highway
LEWES, DE, US, 19958

**Shipper:**
Cameron S. Reuber, Esq., Leason Ellis LLP
One Barker Avenue
5th Floor
White Plains, NY, US, 10601

**Reference**      11030/619863-000

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

January 31, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775901830448

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.RATHMANNER | **Delivery Location:** | 16192 COASTAL HWY |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | LEWES, DE, 19958 |
| | | **Delivery date:** | Jan 31, 2022 11:05 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775901830448 | **Ship Date:** | Jan 28, 2022 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
c/o Harvard Business Services, Inc., Petlab Co.
16192 Coastal Highway
LEWES, DE, US, 19958

**Shipper:**
Cameron S. Reuber, Esq., Leason Ellis LLP
One Barker Avenue
5th Floor
White Plains, NY, US, 10601

**Reference**   11030/619863-000

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx