## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGGIN' YOUR DOG, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> THE PETLAB CO. and AMPLIFY LTD, <br><br> *Defendants*. | Case No. 1:21-cv-8667-JPC-RWL |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AND <ins>PERMANENT INJUNCTION</ins>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declarations in Support, and the entire record herein, Plaintiff Diggin' Your Dog, LLC hereby moves for default judgment and a permanent injunction against Defendants The Petlab Co. and Amplify Ltd, pursuant to Federal Rules of Civil Procedure 55(b)(2) and 65(d), Local Rule 55.2(b), and the Court's Individual Rule 3(d).

Dated: February 10, 2022

s/ Cameron S. Reuber
Cameron S. Reuber (CR 7001)
Peter S. Sloane (PS 7204)
Stefanie M. Garibyan (SL 6170)
LEASON ELLIS LLP
One Barker Avenue
White Plains, NY 10601
T.914.821.9077
F.914.288.0023
sloane@leasonellis.com
reuber@leasonellis.com
garibyan@leasonellis.com
lelitdocketing@leasonellis.com

Airina L. Rodrigues (AR 6551)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
arodrigues@bhfs.com

*Attorneys for Plaintiff Diggin' Your Dog, Inc.*

**CERTIFICATE OF SERVICE**

It is hereby certified that on February 10, 2022, a true and correct copy of the following documents was served via ECF to all counsel of record:

(i) **NOTICE OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION;**

(ii) **MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

(iii) **DECLARATION OF CAMERON S. REUBER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION;**

(iv) **DECLARATION OF AIRINA L. RODRIGUES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION;**

(v) **DECLARATION OF CHRISTY LOVE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION;** and

(vi) **PROPOSED ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION.**

/s/ Cameron S. Reuber