IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGGIN' YOUR DOG, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PETLAB CO. and AMPLIFY LTD,<br><br>*Defendants*. | Case No. 1:21-cv-8667-JPC-RWL |

## **DECLARATION OF CAMERON S. REUBER, ESQ.**

I, Cameron S. Reuber, declare as follows:

1. I am a partner at Leason Ellis LLP ("Leason Ellis"), attorneys for Plaintiff Diggin' Your Dog, LLC ("Diggin' Your Dog").

2. I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge and review of documents in the case. I submit this declaration in support of Diggin' Your Dog LLC's Motion for Entry of Default.

3. I was engaged by Airina L. Rodrigues of the law firm Brownstein Hyatt Farber Schreck LLP to act as local co-counsel on behalf of Diggin' Your Dog in this civil action.

4. On October 22, 2021, I, together with co-counsel, filed the Complaint, initiating this action. (Dkt. 1). Pursuant to the Court's Individual Rule D(ii), a true and correct copy of the Complaint is attached as Exhibit 1.

5. On October 28, 2021, my firm effectuated service of the Complaint upon Defendant Amplify Ltd., making its answer due by November 18, 2021. Pursuant to the Court's Individual Rule D(iii), a true and correct copy of the Affidavit of Service on upon Defendant Amplify Ltd. is attached as Exhibit 2.

6. On November 2, 2021, my firm effectuated service of the Complaint upon Defendant The Petlab Co., making its answer due by November 29, 2021. Pursuant to the Court's

Individual Rule D(iii), a true and correct copy of the Affidavit of Service on upon The Petlab Co. is attached as Exhibit 3.

7. On January 12, 2022, I filed a Request for Clerk's Certificate of Default for Defendant Amplify Ltd. (Dkt. 26).

8. On January 12, 2022, the Clerk's Certificate of Default for Defendant Amplify Ltd. was issued. (Dkt. 28). Pursuant to the Court's Individual Rule D(iv), a true and correct copy of the Clerk's Certificate of Default for Defendant Amplify Ltd. is attached as Exhibit 4.

9. On January 26, 2022, I filed a Request for Clerk's Certificate of Default for Defendant The Petlab Co. (Dkt. 30).

10. On January 12, 2022, the Clerk's Certificate of Default for The Petlab Co. was issued. (Dkt. 32). Pursuant to the Court's Individual Rule D(iv), a true and correct copy of the Clerk's Certificate of Default for Defendant The Petlab Co. is attached as Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2022

Cameron S. Reuber